UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

In re:

James F. Hurst, II,    Case No. 6:13-bk-00644-KSJ

Debtor.    Chapter 7

_____/

## ORDER GRANTING RELIEF FROM AUTOMATIC STAY

THIS CASE came on for consideration before the court on the Motion for Relief from Stay filed on negative notice by MTGLQ Investors, L.P., Document No. 18, and no appropriate response has been filed in accordance with Local Rule 2002-4 it is

ORDERED:

1. The Motion is granted.

2. The automatic stay arising by reason of 11 U.S.C. § 362 is terminated as to Movant's interest in the following property:

**THE EAST 26.74 FEET OF LOT 41 AND THE WEST 32.52 FEET OF LOT 42 OF TUXEDO PARK, ACCORDING TO THE PLAT THEREOF AS RECORDED IN MAP BOOK 8, PAGE(S) 32, OF THE PUBLIC RECORDS OF VOLUSIA COUNTY, FLORIDA.**

**A/K/A: 910 E Voorhis Avenue, Deland, Florida 32724**

3. Bankruptcy fees and costs in the amount of $526.00 are awarded for the prosecution of this Motion for Relief from Stay.

4. The Movant's request to waive the 14-day stay period pursuant to Bankruptcy Rule 4001(a) (3) is denied.

12-15463-KSJ

5. This Order Granting Relief from Stay is entered for the sole purpose of allowing Movant complete *in rem* relief, to take any and all steps necessary to exercise any and all rights it may have in the collateral, to gain possession of said collateral, to have such other and further *in rem* relief as is just, and that movant shall not obtain *in personam* relief against the debtor.

DONE and ORDERED in Orlando, Florida, this 23rd day of May, 2013

_____
Karen S. Jennemann
United States Bankruptcy Judge

**ReShaundra M. Suggs** is directed to serve a copy of this order on the following party and file a certificate of service Via US Mail:

**James F. Hurst, II**
P.O. Box 593776
Orlando, FL  32859

**Copies Furnished via CM/ECF to:**

**Richard W Hennings, Esq.**
Hennings, Richard W
205 North Joanna Avenue
Tavares, FL 32778

**Robert E. Thomas, Trustee**
Post Office Box 5075
Winter Park, FL 32793-5075

**United States Trustee - ORL7/13**
Office of the United States Trustee
George C Young Federal Building
400 West Washington Street, Suite 1100
Orlando, FL 32801